US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 0 3 2015

CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:15CR 30009-001 |
| | ) | |
| STEVEN LESMEISTER | ) | 18 U.S.C. § 2261A(2)(B) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about the 22nd day of September 2014, in the Western District of Arkansas, Harrison Division, the defendant, **STEVEN LESMEISTER**, with the intent to harass, intimidate, and place under surveillance with intent to harass and intimidate a person with the initials H. G. in another state, namely, Virginia, used facilities of interstate or foreign commerce, including electronic mail and internet websites, to engage in a course of conduct that caused, attempted to cause, and was reasonably expected to cause substantial emotional distress to that person, in violation of Title 18, United States Code, Section 2261A(2)(B).

### COUNT TWO

On or about the 22nd day of September 2014, in the Western District of Arkansas, Harrison Division, the defendant, **STEVEN LESMEISTER,** with the intent to harass, intimidate, and place under surveillance with intent to harass and intimidate a person with the initials K.G. in another state, namely, New York, used facilities of interstate or foreign commerce, including electronic mail and internet websites, to engage in a course of conduct that

caused, attempted to cause, and was reasonably expected to cause substantial emotional distress to that person, in violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT THREE

On or about the 27th day of April 2015, in the Western District of Arkansas, Harrison Division, the defendant, **STEVEN LESMEISTER,** with the intent to harass, intimidate, and place under surveillance with intent to harass and intimidate a person with the initials K. C. in another state, namely, North Carolina, used facilities of interstate or foreign commerce, including electronic mail and internet websites, to engage in a course of conduct that caused, attempted to cause, and was reasonably expected to cause substantial emotional distress to that person, in violation of Title 18, United States Code, Section 2261A(2)(B).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, § 2428.

Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2422(a), the defendant, **STEVEN LESMEISTER,** shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to, any and all computer equipment and handled devices, such as cellular phones and tablets, used or intended to be used to commit or to promote the commission of the offenses in the Indictment, or any property traceable to such property.

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

/s/ *Grand Jury Foreperson*
Grand Jury Foreperson

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: *Ashleigh Buckley*
Ashleigh Buckley
Assistant U. S. Attorney
Arkansas Bar No. 2011079
414 Parker Avenue
Fort Smith, AR   72901
(479) 783-5125
Ashleigh.Buckley@usdoj.gov